ACCEPTED
03-15-00657-CV
7534733
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/26/2015 11:45:26 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/26/2015 11:45:26 AM
JEFFREY D. KYLE
Clerk

Kristofer S. Monson
ASSISTANT SOLICITOR GENERAL

(512) 936-1820
KRISTOFER.MONSON@TEXASATTORNEYGENERAL.GOV

October 26, 2015

**Via File and Serve Xpress**

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. box 12547
Austin, Texas 78711

Re:     03-15-00657-CV *Chris Traylor, et al. v. Diana D., as Next Friend of K.D. et al.*

Dear Mr. Kyle:

Consistent with Texas Rule of Appellate Procedure 6.1(c), I appear as lead counsel in this case, representing Chris Traylor, as Executive Commissioner of the Texas Health and Human Services Commission, and the Texas Health and Human Services Commission. Marc Rietvelt remains appellate counsel, as do the other counsel required to be on the signature block by the Attorney General. My contact information is as follows:

> Kristofer S. Monson
> State Bar No. 24037129
> OFFICE OF THE ATTORNEY GENERAL
> P.O. Box 12548 (MC059)
> Austin, Texas 78711-2548
> Tel.: (512) 936-1820
> *kristofer.monson@texasattorneygeneral.gov*

Sincerely,

/s/ Kristofer S. Monson
Kristofer S. Monson
Assistant Solicitor General
Lead Appellate Counsel

/s/ Marc Rietvelt
Assistant Attorney General
Appellate Counsel

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC059)
Austin, Texas 78711-2548
Tel.: (512) 936-1820
*kristofer.monson@texasattorneygeneral.gov*

cc: Benjamin H. Hathaway (via File & Serve Xpress and email)